## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
_San Antonio_ DIVISION

IN RE:

| |
|---|
| _Murph Jack Marrow Jr_ |
| Debtor |

| |
|---|
| _00-51775-RBK_ |
| Bankruptcy Case No. |

### APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

NAME OF CLAIMANT _Murph Jack Marrow Jr_

MAILING ADDRESS _8331 Fredericksburg Rd #501_

_San Antonio TX_ ZIP CODE _78229_

PHONE NUMBER ( _210_ ) _614-4034  - 210  473-5049 Mobile_

and that a dividend in the amount of $ _638.59_ was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

DATE _5-24-06_

CLAIMANT'S SIGNATURE