The relief described hereinbelow is SO ORDERED.

Signed June 26, 2006.



*Ronald B. King*
Ronald B. King
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## San Antonio DIVISION

In Re: § Case No. 00-5-1775-1C
§
§
§
Debtor Name(s) §

### ORDER AUTHORIZING PAYMENT
### OF A DIVIDEND FROM UNCLAIMED FUNDS

At San Antonio Division, in said District, came on to be considered the Application For Payment Of A Dividend From Unclaimed Funds by:

Name: Murph Jack Marrow Jr

Mailing Address: 8331 Fredericksburg Rd #501 San Antonio TX 78229

Claimant, for payment of a dividend from unclaimed funds in the amount of $ 1,396.97
It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

that said funds are now on deposit in the United States Treasury, and
that notice of the Application was given to the United States Attorney.

It is ORDERED that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

### ###

**VERIFICATION OF FUNDS**

As of 6/21/06
funds in the amount of
$ 1396.97
are available for distribution